## Milton v. Eliott

Thomas Milton Attourney of m^r John Nethway m^rch^t plantiff against Joseph Elliott Seaman Defend^t in an Acion of the case for Damage don him the said Milton by carelesenese of him the said Elliott & the rest of the company in keeping no wach abord the Katch Elizabeth & Mary whereof the said Milton was then Comander, when the said Milton was on Shoare & could not get on board by which carelesenesse of the said Elliott & company the said vessell was set on Fire & burned with the goods that were in her to the vallue of six hundred pounds or thereabouts & due damages according to Attachm^t Da^t the 26th of Octob^r 1671 ... the Jurie ... found for the Defend^t Costs of Court